UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY LOVETT,

    Plaintiff,

v.     Case No: 8:20-cv-2009-T-35JSS

KS JANITORIAL SERVICES, INC., a
Florida for-profit corporation,

    Defendant.

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 7) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 25th day of September, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party